Per notification from Union County Jail received on 07/13/2026. State charges against this subject have been DISMISSED. This WHCAP has been satisfied.

Terry J. Burgin, USM

By: Tonya Patterson, Data Analyst

**RECEIVED**
**UNITED STATES MARSHAL**
**1:31 pm, Jun 25 2026**

**WESTERN NORTH CAROLINA**
**CHARLOTTE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **JASON LOTTMAN** | ) |
| | ) |
| | ) |

**WRIT OF HABEAS CORPUS**
**AD PROSEQUENDUM**

TO:     The Director, Bureau of Prisons, Washington, D.C.
TO:     U.S. Marshals, Western District of North Carolina,
TO:     Union County Jail, 3344 Presson Road, Monroe, NC 28112

**IT IS ORDERED** that you have the body of Jason Thomas Lottman, W/M, Birth Year: 1983, detained in your facility, under safe and secure conduct, brought before the Honorable __David Keesler__, United States Magistrate Judge, Western District of North Carolina, in the City of Charlotte, North Carolina, FORTHWITH, for proceedings on or before __7/6/2026__ at __11:05__ am/p~~m~~, to make an appearance before the Court on charges now pending against the Defendant, as well as any other related federal charges that may be filed.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return the defendant to  the Union County Jail, under safe and secure conduct, after the disposition of the above-captioned case as well as any other related federal charges that may be filed against the Defendant.

The Clerk is directed to certify copies of this Order to the United States Marshals Service, the Union County Jail, and the United States Attorney.

**SO ORDERED**.

Signed: June 25, 2026

David C. Keesler
United States Magistrate Judge